United States District Court
Southern District of Texas
**ENTERED**
June 26, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. H-15-80-2 |
| | § | |
| CHUCOBIE LANIER | § | |

REPORT AND RECOMMENDATION

Before the court, by referral pursuant to 28 U.S.C. §636(b), is the matter of the re-arraignment of Chucobie Lanier, the defendant in this action. The court, having addressed Defendant personally in open court, now submits its Report and Recommendation.

On June 23, 2017, Defendant, Chucobie Lanier, appeared with counsel before the undersigned magistrate judge for the purpose of entering a guilty plea to Count 1 of the Indictment charging him with conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. § 1349.

Defendant, Chucobie Lanier, consented in writing to plead guilty before a United States Magistrate Judge. After conducting said proceeding in the form and manner prescribed by Rule 11 of the Federal Rules of Criminal Procedure, this court makes the following findings of fact:

1. Defendant Lanier, after consultation with counsel of record and with the approval of the government, has knowingly and voluntarily consented to be advised of his rights and to enter a plea of guilty before a U.S. Magistrate Judge subject to final approval and imposition

>     of sentence by Chief United States District Judge Lee
>     Rosenthal.
>
> 2.  Defendant Lanier is fully competent and capable of entering an informed plea.
>
> 3.  Defendant Lanier is aware of the nature of the charges, the maximum punishment range and other penalties that may be imposed at sentencing.
>
> 4.  Defendant Lanier understands his constitutional and statutory rights and wishes to waive those rights.
>
> 5.  Defendant Lanier understands that the sentencing judge may consider all relevant conduct at sentencing and that if the recommendation of the applicable guideline range is not followed by the sentencing judge, he may not withdraw his plea of guilty.
>
> 6.  Defendant Lanier's plea of guilty is a knowing and voluntary plea supported by an independent basis in fact containing each of the essential elements of the offense charged in Count 1 of the Indictment.

Based upon the foregoing findings, it is the **RECOMMENDATION** of the undersigned that the guilty plea of Defendant Chucobie Lanier to Count 1 of the Indictment be **ACCEPTED** by the court and that Chucobie Lanier be adjudged guilty of the offense alleged in Count 1 of the Indictment, to wit: conspiracy to commit bank fraud and wire fraud, in violation of 18 U.S.C. § 1349.

The Clerk shall send copies of this Report and Recommendation to the respective parties who have fourteen (14) days from the receipt thereof to file written objections thereto pursuant to Federal Rule of Civil Procedure 72(b) and General Order 2002-13. Failure to file written objections within the time period mentioned shall bar an aggrieved party from attacking the factual findings

and legal conclusions on appeal.

The original of any written objections shall be filed with the United States District Clerk electronically. Copies of such objections shall be mailed to opposing parties and to the chambers of the undersigned, 515 Rusk, Suite 7019, Houston, Texas 77002.

**SIGNED** at Houston, Texas, this 26th day of June, 2017.

_____
U.S. MAGISTRATE JUDGE